**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1298**

KEVIN D. WEST,

              Plaintiff - Appellant,

         v.

MEGAN J. BRENNAN, Postmaster General, United States Postal
Service,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:14-cv-02294-RWT)

Submitted:  September 9, 2015      Decided: September 11, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin D. West, Appellant Pro Se.  Neil R. White, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin D. West appeals the district court's order dismissing his employment discrimination action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>West v. Brennan</u>, No. 8:14-cv-02294-RWT (D. Md. Mar. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>